6 A.3d 501

Mary CORBIN

v.

Suresh KHOSLA.

Petition of Pennsylvania Association for Justice.

No. 117 EM 2010.

Supreme Court of Pennsylvania.

Oct. 19, 2010.

## ORDER

PER CURIAM.

**AND NOW**, this 19th day of October, 2010, the Motion for Leave to File *Amicus Curiae* Brief is **GRANTED.** The Pennsylvania Association for Justice is directed to file its *amicus curiae* brief within 21 days of this order.